Argued October 24, affirmed December 15, 1972, petition for
rehearing denied January 10, 1973, petition
for review pending

STATE OF OREGON, *Respondent, v.* MARK LEE
HIRSCH (No. 31936), *Appellant.*

503 P2d 726

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Walter L. Barrie,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Keller,* 9 Or App 613, 497 P2d
868, Sup Ct *review allowed* (1972).